**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-2406

_____

BRIDGET ALLEN, individually and a class
representative of the protected class of RCI
employees,

                                              Plaintiff - Appellant,

        versus

RESOURCE CONSULTANTS INCORPORATED; JOHN BREHM;
LINDA COOPERWOOD; CHRISTOPHER GOLSON; MICHAEL
FULKERSON; RONALD O. LEWIS; FRANCINIA LITTLE;
MASOOD MEMON, in their official capacities;
TANVEER MALIK; AL ROUSE, in their official
capacities; WALTER SWINDELL, in their official
capacities; STEVE SHUPAK, in their official
capacities; GEORGE TROENDELL, in their
official capacities,

                                      Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, District
Judge. (CA-03-1474-A)

_____

Submitted: January 13, 2005        Decided: January 19, 2005

_____

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bridget Allen, Appellant Pro Se. Michael Andrew Viccora, SEYFARTH
SHAW, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bridget Allen appeals the district court's order granting the Defendant's motion to dismiss her civil rights and employment discrimination action filed under 42 U.S.C. §§ 1981, 1985, 1986 (2000). We have reviewed the record and conclude the district court did not abuse its discretion or discriminate when it dismissed Allen's complaint before holding a pre-trial conference under Fed. R. Civ. P. 16(a). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED